

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Petitioner: Aliaksandra Danilchyk

**Plaintiff,**

V.

Respondent: Markwayne Mullin US
Secretary of Homeland Security, et all.

**Defendant.**

Civil Action No.   26-cv-2230-RSH-DDL

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried
or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Petition is DISMISSED without prejudice. The case has been closed.

**Date:**        4/14/26

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  S. Nyamanjiva

S. Nyamanjiva, Deputy